UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>)<br>)<br>v. )<br>)<br>MICHAEL PHILLIPS, )<br>)<br>DEFENDANT ) | CRIMINAL NO. 2:06-CR-79-DBH |

### ORDER ON MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE

The defendant's motion for early termination of supervised release is **DENIED** at this time, but without prejudice to a later such motion if the defendant continues to comply with the conditions of supervised release.

According to Bureau of Prison records, the defendant began his five-year term of supervised release on June 18, 2010. Thus, he is only four months over the halfway mark on his term. I am pleased to hear that he is compliant, with no violations; that is a good sign, and I applaud him for that. If the defendant maintains his clean record, he can file a later motion for early termination.

SO ORDERED.

DATED THIS 16TH DAY OF APRIL, 2013

/S/D. BROCK HORNBY
**D. BROCK HORNBY**
**UNITED STATES DISTRICT JUDGE**